1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                 UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 DONALD MAYO,                         )   No. EDCV 14 - 00919 DTB
11                                      )
                                        )
12     Plaintiff,                       )   [PROPOSED] ORDER AWARDING
                                        )   EAJA FEES
13     v.                               )
14                                      )
   CAROLYN W. COLVIN, Acting            )
15 Commissioner Of Social Security,     )
16                                      )
       Defendant.                       )
17 _____)

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the
21 terms of the stipulation.
22
23     DATE: August 28, 2015    _____
24
25                              HON. DAVID T. BRISTOW
                                UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-